**UNITED STATES  DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CHRISTOPHER BUCKENBURGER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-5670** |
| **SHERIFF JACK STRAIN, ET AL.** | **SECTION:  "I"(3)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Christopher Buckenburger, which is hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that plaintiff's federal civil rights complaint filed pursuant to 42 U.S.C. § 1983 is **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

**IT IS FURTHER ORDERED** that plaintiff's motions for immediate injunctive relief, Rec. Docs. 5 and 7, are **DENIED**.

New Orleans, Louisiana, this _____19th_____ day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE